


U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

AUG 1 9 2020
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. § 2252A(a)(5)(B) |
| | * | 18 U.S.C. § 1791(a)(2) |
| | * | |
| VERSUS | * | 2:20-CR-00177-01 |
| | * | JUDGE CAIN |
| GRANTHAM MITCHELL | * | MAGISTRATE JUDGE KAY |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Possession of Child Pornography
### 18 U.S.C § 2252A(a)(5)(B)

On or about May 11, 2019, in the Western District of Louisiana, the defendant, GRANTHAM MITCHELL, did knowingly and intentionally possess child pornography that had been shipped or transported using any means or facility of interstate commerce, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2). [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)].

### Sentencing Enhancement Based
### On Prior Conviction

Before the defendant, GRANTHAM MITCHELL, committed the offense charged in Count One, the defendant, GRANTHAM MITCHELL, was convicted in 2014 for Sexual Exploitation of a Child and Possession of Child Pornography. As a result of that conviction, the defendant, GRANTHAM MITCHELL, is subject to

increased punishment pursuant to Title 18, United States Code, Section 2252A(b)(2). As a result, the defendant shall be imprisoned for not less than ten (10) years nor more than twenty (20) years. [18 U.S.C. § 2252A(b)(2)].

### COUNT 2
### POSSESSION OF CONTRABAND IN PRISON
### 18 U.S.C § 1791(a)(2)

On or about May 11, 2019, in the Western District of Louisiana, the defendant, GRANTHAM MITCHELL, an inmate of the Federal Correctional Institution in Oakdale, Louisiana, a Federal correctional, detention, and penal facility, possessed a prohibited object, namely a phone or other device used by a user of commercial mobile service (as defined in section 332(d) of the Communications Act of 1934 (47 U.S.C. § 322)) in connection with such service, in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(4).  [18 U.S.C. §§1791(a)(2), (b)(4)].

A TRUE BILL:

**REDACTED**
FOREPERSON: FEDERAL GRAND JURY

ALEXANDER C. VAN HOOK
Acting United States Attorney

_____
JOHN W. NICKEL, La. Bar No. 37819
Assistant United States Attorney

2