**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened at 3:25 p.m. on August 19, 2020, and recessed at 3:33 p.m.

PRESENT:   Patrick J. Hanna, Magistrate Judge, Presiding
           Evelyn Alexander, Minute Clerk
           Recorded: Liberty Court Recorder CRM7
           Time in Court: 8 minutes

## GRAND JURY REPORT

  X   Partial Report
  X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:20-cr-00173-01 | X | |
| 6:20-cr-00174-01* | X | |
| 6:20-cr-00175-01 | | X |
| 2:20-cr-00177-01* | X | |

### SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:20-cr-00171-01 | X | |
| 6:20-cr-00171-02 | X | |
| 6:20-cr-00171-03 | X | |
| 6:20-cr-00172-01*** | X | |
| 6:20-cr-00176-01 | X | |

  X   Warrants/summons ordered issued as indicated.
   *   In Federal Custody
  **   Superseding Indictment
 ***   State Custody