## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:20-CR-00177-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **GRANTHAM MITCHELL (01)** | **MAGISTRATE JUDGE KAY** |

### <u>JUDGMENT</u>

For the reasons stated in the Report and Recommendation [doc. 32] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Suppress [doc. 23] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 5th day of March, 2021.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**