UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * CRIMINAL NO. 2:20-CR-00177-01 |
| | * |
| **VERSUS** | * JUDGE CAIN |
| | * |
| **GRANTHAM MITCHELL** | * MAGISTRATE JUDGE KAY |

**BILL OF INFORMATION**

THE UNITED STATES CHARGES:

**COUNT ONE**
**Transportation of Obscene Matter**
**[18 U.S.C. § 1462]**

On or about May 11, 2019, in the Western District of Louisiana, and elsewhere, the defendant, GRANTHAM MITCHELL, did knowingly use an interactive computer service for carriage in interstate and foreign commerce of an obscene matter, that is: a thumbnail picture depicting bestiality and child pornography, in violation of Title 18, United States Code, Section 1462(a).

**COUNT TWO**
**Transportation of Obscene Matter**
**[18 U.S.C. § 1462]**

On or about May 11, 2019, in the Western District of Louisiana, and elsewhere, the defendant, GRANTHAM MITCHELL, did knowingly use an interactive computer service for carriage in interstate and foreign commerce of an obscene matter, that is:

a thumbnail picture depicting a nude prepubescent female, in violation of Title 18, United States Code, Section 1462(a).

>BRANDON B. BROWN
>UNITED STATES ATTORNEY
>
>_____
>JOHN W. NICKEL, La. Bar No. 37819
>Assistant United States Attorney
>800 Lafayette Street, Suite 2200
>Lafayette, LA 70501
>Telephone: (337) 262-6618