UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 2:20-CR-00177-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **GRANTHAM MITCHELL (01)** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation (Rec. Doc. 62). After an independent review of the record, including the transcript (Rec. Doc. 61), and noting the defendant's waiver of any objections to the report and recommendation, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Grantham Mitchell, is ACCEPTED and he is fully adjudged guilty of the offense charged in Counts 1 and 2 of the bill of information, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Chambers this 23rd day of August, 2022.

_____
JAMES D. CAIN, JR
UNITED STATES DISTRICT JUDGE