Case 2:20-cr-00177-JDC-KK   Document 75   Filed 03/14/24   Page 1 of 1 PageID #: 338

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>GRANTHAM MITCHELL<br><br>Date of Original Judgment: 10/13/2022<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)  Case No: 2:20CR00177-01<br>)  USM No: 17949-043<br>)<br>)  DUSTIN TALBOT/ANGELLE BOUDREAUX<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___10/13/2022___ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

**\*STATUTORY and/or REQUIRED SENTENCE (e.g. consecutive):**


It is the intent of the Court that the defendant serves a total of _____ months imprisonment.



*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___10/13/2022___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: March 14, 2024

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

James D. Cain, Jr., U.S. District Judge
*Printed name and title*